And that's kind of like saying he had all A's on his report card, except if we ignore the F's, you've got a feather on one side of the scale and you got a brick on the other side of the scale. And so what makes you think that there's a reasonable probability that one juror would have voted for life in light of that? Because I think the evidence could be.